KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Johanna Lisbeth Charley | CASE NO.: LA25-14427-DS |
| DEBTOR(S) | **NOTICE OF RESCHEDULED CONFIRMATION HEARING**<br><br>DATE: August 21, 2025<br>TIME: 1:30 pm<br>PLACE: Roybal Building<br>Courtroom 1639 - 16th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now occur at the time and place listed above.**

**Dated: 7/9/25**

_[signature]_

_____

**Kathy A. Dockery
Chapter 13 Trustee**